IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01260-WYD-BNB

SAUNDRA STIENMIER,

Plaintiff,

DAN SCHOFIELD,
KARL DOENGES,
HON. MICHAEL B. DONLEY, Secretary of the Air Force, and
DEPARTMENT OF THE AIR FORCE,v.

Defendants.

_____

**ORDER**
_____

This matter arises on the **Joint Motion to Stay Action** [Doc. # 14, filed 9/24/2009] (the "Motion to Stay").

IT IS ORDERED that the Motion to Stay is GRANTED pending further order of the court. The parties are directed to file the status report on **October 23, 2009**, as previously ordered.

Dated September 25, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge