IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01260-WYD-BNB

SAUNDRA STIENMIER,

     Plaintiff,

v.

DAN SCHOFIELD;
KARL DOENGES;
HON. MICHAEL B. DONLEY, Secretary of the Air Force; and
DEPARTMENT OF THE AIR FORCE,

     Defendants.

## ORDER RE:  JOINT MOTION TO LIFT STAY IN THIS ACTION

THIS MATTER arises on the Joint Motion to Lift Stay in this Action [doc. #22], filed November 20, 2009, (the "Motion to Lift Stay").  Upon consideration of the Motion to Lift Stay and the file in this matter It is hereby

ORDERED that the Joint Motion to Lift Stay [doc. #22], filed November 20, 2009, is **GRANTED** and the stay previously imposed in this case is lifted.  It is

FURTHER ORDERED that a Response to Defendants' Partial Motion to Dismiss [Doc. # 11] shall be filed no later than December 11, 2009.

Dated: November 20, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge