IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01260–KMT–BNB

SAUNDRA STIENMIER,

    Plaintiff,

v.

DAN SCHOFIELD,
KARL DOENGES,
HON. MICHAEL B. DONLEY, Secretary of the Air Force, and
DEPARTMENT OF THE AIR FORCE,

    Defendants.

---

## ORDER AND ORDER OF REFERENCE

---

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Chief Judge Wiley Y. Daniel and was assigned to Magistrate Judge Kathleen M. Tafoya on December 17, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

**ORDERED** that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. It is further

**ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Chief Judge Daniel on June 4, 2009 [Docket No. 2], is **VACATED**. It is further

**ORDERED** that a Final Pretrial Conference is set for **September 14, 2010, at 9:30 a.m.** in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date. All other deadlines set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated this 17th day of December, 2009.

BY THE COURT:

*Kathleen M. Tafoya*

Kathleen M. Tafoya
United States Magistrate Judge