**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01260-KMT-BNB

RICHARD STIENMIER,

    Plaintiff,

       vs.

DEPARTMENT OF THE AIR FORCE,

    Defendant.

_____

**ORDER**
_____

       Pursuant to *Motion to Amend Scheduling Order* (Document # 39) and Order from the Bench during the Scheduling Conference on December 14, 2009 (Courtroom Minutes, document #29), it is hereby

       ORDERED that the *Motion to Amend Scheduling Order* (Document # 39) is GRANTED, and the following information supplements the *Scheduling Order* (document #30) by adding to § C. Damages:

    **C.**    **Damages**

| Date | Description | Amount |
|---|---|---|
| 1 Feb 08 | Last pay day – total of missing pay as of that date | $5,432.30 |

       Pay calculation:

       $1,046.46 bi-weekly x 26 paydays = annual pay of $27,467.96

       $27,467.96 / 365 = $75.25 daily pay

1

17 Sep 09    Date of Ms. Stienmier's death

Days from last payday to date of death = 594

Pay due: 594 x $75.25 = $35,743.75                          $44,689.50

Total Principal Wages owed to Ms. Stienmier (which does not
include any benefits paid on Principal Wages)                $50,130.80

In addition, Ms. Stienmier suffered damages arising out of and related to emotional distress. Plaintiff is in the process of seeking expert opinion to assist in valuing these damages.

Finally, Plaintiff has incurred attorney fees which damages will be sought at trial.

Dated this 12th day of January, 2010.

                        **BY THE COURT:**

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge